IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIANA MARIE ORTEGA,

    Plaintiff,

v.                                           No. 2:22-cv-322 KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE

THIS MATTER comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2). Having reviewed the Application, the Court FINDS that Plaintiff's request is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. 2), is GRANTED. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

IT IS SO ORDERED.

                                                                     _____
                                                                     KEVIN R. SWEAZEA
                                                                     UNITED STAGES MAGISTRATE JUDGE